# IN THE SUPREME COURT OF THE STATE OF NEVADA

ABDUL HOWARD, A/K/A LESLEY LONG,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JENNIFER P.
TOGLIATTI, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 75360

**FILED**

APR 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DENYING PETITION

This petition seeks a writ of prohibition or mandamus directing the district court to set aside its order reopening a case that had been administratively closed after it was consolidated with another case. Having reviewed the petition and the documents submitted in this matter, we conclude petitioner fails to demonstrate that the district court acted outside of its jurisdiction, *see* NRS 34.320, or arbitrarily and capriciously exercised its discretion, *see Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 603-04, 637 P.2d 534, 536 (1981). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Douglas

_____, J.        _____, J.
Pickering                                      Hardesty

cc: Hon. Jennifer P. Togliatti, District Judge
Special Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

18-13686